**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, )<br>      Plaintiff, )<br>vs. )<br> )<br>Leanne Gail Whatahomigie, )<br>      Defendant. ) | 09-06005M-001-PCT-DKD<br><br>**ORDER** |

      The defendant appeared in court with counsel. The defendant's probable cause hearing and detention hearing were waived by defendant through defense counsel. The Court finds probable cause to believe the defendant committed the offense alleged in the complaint, that is escape.

      IT IS ORDERED that the defendant is detained as flight risk.

      DATED this 24th day of April, 2009.

_____
Mark E. Aspey
United States Magistrate Judge